SIMON J. WEAVER, Appellant, *v.* ALICE M. WEAVER, Respondent.

*Weaver* v. *Weaver*, 74 App. Div. 591, affirmed.
(Argued May 5, 1904; decided May 20, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 29, 1902, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Charles Van Voorhis* for appellant.

*Percival De W. Oviatt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.

---

FRANK D. Izzo, Respondent, *v.* IRA M. LUDINGTON, Appellant.

*Izzo* v. *Ludington*, 79 App. Div. 272, affirmed.
(Argued May 5, 1904; decided May 20, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 19, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Clarence W. McKay* for appellant.

*Robert O. Bascom* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.